DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATTIA RODRIGUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-113

[July 14, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August A. Bonavita, Judge; L.T. Case Nos. 50-2019-CT-010499-AXXX-MB and 50-2020-AP-000048-AXXX-MB.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See McDaniel v. State*, 683 So. 2d 597, 598-99 (Fla. 2d DCA 1996) (holding that the erroneous imposition of a driver's license revocation is not a "sentence" subject to correction through a 3.800 motion). Our affirmance is without prejudice to the defendant pursuing administrative remedies.

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***